UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ARTHUR J. TOMPKINS, JR.,

    Plaintiff,

v.                                Case No:   6:23-cv-1432-PGB-LHP

EQUIFAX INFORMATION
SERVICES, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC,
TRANSUNION, LLC, SYNCHRONY
BANK and SCRATCH FINANCIAL,
INC,

    Defendants

---

ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION FOR CLERK'S DEFAULT AGAINST DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. (Doc. No. 27)
>
> **FILED:** August 31, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Plaintiff moves for Clerk's default against Defendant Experian Information Solutions, Inc. (Experian).  Doc. No. 27.  On review, however, the motion will be denied without prejudice for failure to comply with Local Rule 3.01(a).  Relatedly, the motion fails to adequately address, with citation to legal authority, that service of process on Experian was proper under governing law.  *See generally United States v. Donald*, No. 3:09-cv-147-J-32HTS, 2009 WL 1810357, at *1 (M.D. Fla. June 24, 2009) (before a Clerk's default can be entered against a defendant, the Court must determine that the defendant was properly served).  A renewed motion, which shall be filed on or before **September 15, 2023**, must include a memorandum of legal authority establishing that service of process was proper under applicable law.

**DONE** and **ORDERED** in Orlando, Florida on September 1, 2023.

Leslie Hoffman Price
_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties