# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ARTHUR J. TOMPKINS, JR.,

    Plaintiff,

v.                                              Case No:   6:23-cv-1432-PGB-LHP

EQUIFAX INFORMATION
SERVICES, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC,
TRANSUNION, LLC and SCRATCH
FINANCIAL, INC,

    Defendants

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT BY CLERK (Doc. No. 49)
>
> **FILED:** January 5, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

- 2 -

Before the undersigned is Plaintiff's motion for Clerk's Default. Doc. No. 49. Upon review, the motion is **DENIED** because Plaintiff's case was dismissed without prejudice and closed on October 23, 2023. *Smith v. Burnside*, No. 6:07-cv-955-Orl-18KRS, 2008 WL 58954, at *1 (M.D. Fla. Jan. 3, 2008) ("When a case has been closed, a party must first move . . . to reopen the case before any additional relief can be sought."). Even if the Court were to consider the motion — and Plaintiff has provided no legal authority authorizing the Court to consider motions in a closed case — the motion fails to comply with the Local Rules, including Local Rules 1.08 and 3.01(a).

**DONE** and **ORDERED** in Orlando, Florida on January 5, 2024.

_Leslie Hoffman Price_
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties